# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Arroweye Solutions, Inc.

                        Plaintiff,

v.                                           Case No.: 1:15−cv−11524
                                                      Honorable Elaine E. Bucklo

Harry & David Operations, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 2, 2016:

      MINUTE entry before the Honorable Elaine E. Bucklo: Joint motion for dismissal with prejudice and without costs, attorney's fees and expenses [77] is granted. The Court retains jurisdiction to enforce the terms of the parties' confidential Settlement Agreement. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.